## VERIFIED RETURN OF SERVICE

| State of Florida | County of Southern | U.S. District Court |
|---|---|---|

Case Number: 9:20-CV-80068-RLR

Plaintiff:
**HOWARD COHAN**

vs.

Defendant:
**WAL-MART STORES EAST, LP, A FOREIGN LIMITED PARTNERSHIP D/B/A WALMART**

MLS2020000702

For:
Gregory S. Sconzo*
LAW OFFICE OF GREGORY S. SCONZO, P.A.
5080 PGA BLVD.
SUITE 213
PALM BEACH GARDENS, FL 33418

Received by Mulberry Legal Services on the 24th day of February, 2020 at 11:45 am to be served on **WAL-MART STORS EAST, LP BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Eric Deal, being duly sworn, depose and say that on the **24th day of February, 2020** at **1:30 pm**, I:

CORPORATE: Served the within named corporation/entity WAL-MART STORS EAST, LP BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM by delivering a true copy of the SUMMONS; AMENDED COMPLAINT with the date and hour of service endorsed thereon by me to: Lisa Howard as employee of the Registered Agent (Company) for WAL-MART STORS EAST, LP at 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324 and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50+, Sex: F, Race/Skin Color: Mixed/Tan, Height: 5'8, Weight: 150, Hair: Black, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of February, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

EVERTON E BAGGOO
MY COMMISSION # GG 036687
EXPIRES: January 5, 2021

Eric Deal
SPS 336

**Mulberry Legal Services**
2101 Vista Parkway
Suite 103
West Palm Beach, FL 33411
**(561) 624-0526**

Our Job Serial Number: MLS-2020000702
Ref: 00414

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g